IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-MC-0091-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MCCALLOP,

    Defendant.

---

ORDER DENYING MOTION TO VOID CIVIL FORFEITURE

Kane, J.

Before me is Defendant Mr. McCallop's Motion to Void Civil Fofeiture, Doc. 1. For substantially the same reasons as set forth in the Government's Response, Doc. 4, the motion is DENIED.

DATED:   July 8, 2014                    BY THE COURT:

                                                          *s/John L. Kane*
                                                          John L. Kane, U.S. Senior District Judge